IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARTHA EDWARDS**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:19-CV-00180-BSM**

**WAL-MART STORES INC,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 21st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE